**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6434**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL A. WILLIAMS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-94-395-A)

———————

Submitted:  May 15, 2003          Decided:  May 28, 2003

———————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael A. Williams, Appellant Pro Se.  Timothy Joseph Shea, Assistant United States Attorney, Amy Eileen Pope, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Williams appeals the district court's order denying his motion to modify his term of imprisonment pursuant to 18 U.S.C. § 3582 (2000). We have reviewed the record and the district court's opinion and find no reversible error. The statute on which Williams relied provides no basis for relief.  Accordingly, we affirm the district court's denial.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2